THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AMERICA TIERI, Appellant.

Argued November 21, 1949; decided December 2, 1949.

*Edward H. Levine* and *Arnold D. Roseman* for appellant.

*Miles F. McDonald, District Attorney (Frank Di Lalla* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.